# Third District Court of Appeal

## State of Florida

Opinion filed July 23, 2014.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D13-1924
Lower Tribunal No. 12-4967
_____

**S.C., a juvenile,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Angelica D. Zayas, Judge.

Carlos J. Martinez, Public Defender, and Billie Jan Goldstein, Assistant Public Defender, for appellant.

Pamela Jo Bondi, Attorney General, and Jeffrey R. Geldens, Assistant Attorney General, for appellee.

Before EMAS, FERNANDEZ and SCALES, JJ.

PER CURIAM.

S.C. appeals from trial court orders that revoked her probation and imposed a new probation. We affirm the revocation of probation, concluding there was sufficient evidence to satisfy the trial court's finding that S.C. violated her probation.

However, the order of revocation includes a statement that S.C. tested positive for THC on February 8, 2013. The State concedes the February 8, 2013 drug test should not have been a basis for revocation because it was not addressed at the hearing. Accordingly, we remand to the trial court solely for entry of a corrected order of revocation that deletes the reference to S.C. testing positive for THC on February 8, 2013. See Johnson v. State, 667 So. 2d 475 (Fla. 3d DCA 1996).

Affirmed and remanded with instructions.